IN THE UNITED STATES DISTRICT COURT

OF ARIZONA

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
OCT 1 0 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | | |
|---|---|---|
| <u>Kenneth Leslie Caldwell</u> | ) | CV-18-503-TUC-JAS |
| Plaintiff, | ) | CASE NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| <u>Mr. Donald Trump, the Executive</u> | ) | |
| <u>Branch of the United States, et al.</u> | ) | |
| Defendant. | ) | |

## COMPLAINT

1. I, Kenneth Leslie Caldwell, present this lawsuit against Mr. Donald Trump, the Executive Branch of the United States, and any conspirators against the laws of the land or others who commit obstruction of justice by allowing crimes against me. There are some who pretend to be the authority of the law but are not.

1

2. This lawsuit is brought under the provisions of (g)(1)(D) of section 5 U.S. Code § 552a, the Privacy Act of 1974, 42 U.S. Code § 1986, Action for neglect to prevent, 18 U.S. Code § 241, Conspiracy against rights, which is punishable by death if death occurs, 10 U.S. Code § 252, Use of militia and armed forces to enforce Federal authority, 10 U.S. Code § 253, Interference with State and Federal law, 10 U.S. Code § 254, Proclamation to disperse, 18 U.S. Code § 1091, Genocide, (for administering suffering/cruel and unusual punishment), 18 U.S. Code § 2331, definitions (of terrorism), and Idaho Code 18-3313, False report of explosives in public or private places a felony.

3. 18 U.S. Code § 2331 should be thoroughly examined for this complaint because the assemblages against the laws of the land intimidated or coerced the public against the victim, Kenneth Leslie Caldwell, to (or and) influence the policy of government by intimidation or coercion.

## FACTS

4. The victim, Kenneth Leslie Caldwell, has been the subject of cruel and unusual punishment. He has been assaulted, his car taken away, and was shot at (the first occurrence of such magnitude), events which occurred after

media companies were allowed to insinuate to the public false stories of a bomb, insinuate false stories of narcotics, and share false or un-allowed records of criminal history. An edited picture of him was circulated with red hue on his face.

5. The victim was advised by an attorney to press charges first, and many persons pretending to be the authority of the law within the state and within the United States did not act upon discovering the crimes. No money was ever offered to the victim.

6. In case <u>4:17-cv-00009</u> of the United States District Court of Arizona, $94,000 was asked for, yet no money was received although the lawsuit was brought forth under provisions of (g)(1)(D) of section 5 U.S.Code § 552a, the Privacy Act of 1974, with details presented. **By law, a minimum of $1,000 should have been given.**

7. In observation of the law(s), 10 U.S. Code § 252, 10 U.S. Code § 253, and 10 U.S. Code § 254, Local News 8 of Idaho Falls, Idaho, Morning News of Blackfoot, Idaho, East Idaho News of Idaho Falls, Idaho, KPVI of Pocatello, Idaho, ABC news of New York City, New York, and NBC of New York City, New York all did at least one, some, or even all of the following crimes

beginning on 5/15/2016, 5/16/2016, and 5/17/2016, and taking place in the South East Idaho region as assemblages against the laws of the land because they:

**Maliciously** insinuated to the public that the victim had explosives or a bomb when the victim did not have explosives or a bomb, **maliciously** insinuated to the public that the victim's property had explosives or a bomb when explosives or a bomb was not a part of the victim's property, **maliciously** insinuated to the public that narcotics were revealed when the victim did not have narcotics, **maliciously** lied to the public about the victim having a felony (by law a felony should not reflect on the victim's record and his rights be restored), **maliciously** produced detail about the victim's criminal history (even from age 15 that should not be available to the public), **used their company logo** during a television broadcast used to the commit crime(s), broadcast an interview video though it was said it would only be audio, **maliciously** distributed pictures of the victim after modifying it (in a certain instance to the point of making the face in the picture dark red or black). Idaho State Journal insinuated that the victim was panhandling in news when the victim was not panhandling, several months after being truthful in their news.

## OVERVIEW

8. The victim, Kenneth Leslie Caldwell, did not have a bomb. His rights to have a fair trial, to confront the witnesses against him, to have life, liberty and property, and to not be punished with cruel and unusual punishment were violated with no sense of remorse or punishment.

9. As a victim it is calculated that the victim will need $5,500 a week for survival to survive for the rest of his life. Since he wants to have a companion, $11,000 a week should be given if the court favors the plaintiff.

10. Again, the expenses that the victim will need is calculated to be $5,500 a week for the rest of his life: $1,400 for hotel, $700 for clothing, $700 for food, $840 for localized travel (2 round trip taxi rides a day at $30 each), and $1860 for long distance travel in any given week.

11. A judge dismissed case # 13-cv-004-REB of U.S. District Court of Idaho without the defendant having to do anything, although the plaintiff, Kenneth Leslie Caldwell paid the full docket fee which was then $350. $750,000 was asked for.

## THE DEMAND IS SET FORTH

12. The victim demands justice be brought against the people against him. He demands a minimum of $1,000 from case # 4:17-cv-00009 of the United States District Court of Arizona, but prefers the full $94,000 he asked for. The victim demands a minimum of $5.5k (Five thousand and five hundred dollars) per week for the rest of his life but prefers $11k (Eleven thousand dollars) per week for the rest of his life.

13. Money should be given to the victim, Kenneth Leslie Caldwell as soon as possible, preferably within 2 business days.

14. Immunity from being unnecessarily prosecuted, similar to presidential immunity is also demanded.

## CONCLUSION

15. Things have gotten out of control. The victim, Kenneth Leslie Caldwell, must pay out of his own pocket the docket fee of ≥ $400.00 just to have law enforcement enforce the law and bring to justice the companies and

obstructionists found in this complaint and also within APPENDIX A, which is on a CD with audio and documentation for proof of obstruction of justice. This is simply a case to make the law be enforced in the favor of the victim. From the police chiefs, to the Office of the Governor, to the Office of the White House, to Donald Trump's Twitter/email accounts, nothing was yet done (see Appendix A).

16. Whatever is written or stated against the victim, needs to be checked because the witnesses against the victim might not be truthful.

17. It is prayed that the outcome of this complaint is positive for the plaintiff of this case, Kenneth Leslie Caldwell.

Kenneth Leslie Caldwell

Homeless, Tucson, AZ

(716) 534 9868

2017emailforward@gmail.com

State of Arizona
County of Pima
On this 10th day of Oct., 2018, before me personally appeared Kenneth Leslie Caldwell, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

TANYA CASE
Notary Public - Arizona
Pima County
My Comm. Expires Jan 11, 2019

_Kenneth Caldwell_ Signature
10/10/2018 Date